UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NIHAL ERKAN on behalf of herself and all others similarly situated,

    Plaintiffs,

-against-

Canal Plastics Center, Inc.,

    Defendant.

Case No: 1:23-cv-8255 (NGG) (CLP)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed without prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Jericho, New York
    June 14, 2024

**MARS KHAIMOV LAW, PLLC**

By: _____
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**STEIN & NIEPORENT LLP**

By: _____
David Stein, Esq.
1441 Broadway, Suite 6090
New York, NY 10018
dstein@steinllp.com
*Attorneys for Defendant*

**So Ordered.**

s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 6/17/24